## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 2 0 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND     DEPUTY

December 20, 2002

John Paul Lynch
Gina Jun
McNamee Hosea Jernigan Kim
Greenan and Walker PA
6411 Ivy Lane Ste 200
Greenbelt, MD 20770


Robert H Law
Robert H Law PA
14300 Gallant Fox Ln Ste 103
Bowie, MD 20715

Susan Elizabeth Mays
Law Office of Susan E Mays
14300 Gallant Fox Ln Ste 103
Bowie, MD 20715


Cynthia E. Rodgers-Waire
Whiteford Taylor and Preston
Seven Saint Paul St Ste 1400
Baltimore, MD 21202

RE:   Chopp & Company, Inc, _et al_ v. Maryland KC Inc, _et al_
      Civil Action No. WMN-02-03095

Dear Counsel:

    In my letter dated December 12, 2002, I invited the parties to
show cause why this action should not be stayed given the pending
bankruptcy of one of the defendants, Maryland K.C., Inc.  By letter
dated December 18, 2002, Ms. Jun inquires as to whether I intended
that the action be stayed in its entirety, or solely as to Maryland
K.C.

    Ms. Jun's question is one about which I anticipated the parties
would assist in providing an answer.  In some situations, it is more
efficient to stay the entire action when one party enters bankruptcy.
It would appear that Ms. Jun does not believe that this is one of
those situations.  Having heard nothing further in response to the
Court's letter, the Court will stay this action as to Defendant
Maryland K.C. only.

    Notwithstanding the informal nature of this correspondence, it is
an order of this Court, and will be docketed as such.

                              Sincerely,

                              William M. Nickerson
                              Senior United States District Judge

WMN/ral
cc:  Court File