IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>For the use of<br>CHOPP & COMPANY, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>MELVIN G. PRICE, JR.<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

Civil Action No.: WMN-02-3095

\*\*\*\*\*\*

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendant and that defendant **Melvin G. Price, Jr.** has not yet filed any response to the Complaint, it is, this  30th  day of  December , 2002,

ORDERED that plaintiffs file and serve by mail on the above named defendant, **Melvin G. Price, Jr.** a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within  14  days of this order.

William M. Nickerson
Senior United States District Judge

U.S. District Court (Rev. 12/1999)