IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b/o CHOPP & COMPANY, INC. | * | CASE NO. 02-CV-3095 (WMN) |
| Plaintiff | * | |
| v. | * | |
| MARYLAND K.C. INCORPORATED, et al. | * | |
| Defendants | * | |



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANTS MARYLAND K.C. INCORPORATED,
MELTECH CORPORATION AND MELVIN PRICE**

Pursuant to Federal Rule of Civil Procedure 41(a), United States of America f/u/b/o Chopp & Company, Inc. ("Chopp") and through its respective undersigned counsel, hereby stipulate to the voluntary dismissal of the above-captioned action against the remaining three defendants, Maryland K.C. Incorporated ("KCI"), Meltech Corporation, Inc. and Melvin Price, without prejudice, the parties to bear their own costs and attorneys' fees. No signature has been obtained from counsel for defendant KCI, as the Court has advised in an order dated December 12, 2002 that this case will be stayed as to KCI due to KCI's bankruptcy filing. No signatures have been obtained from Meltech Corporation, Inc. or Melvin Price as neither defendant has filed a



responsive pleading in this case. Furthermore, an Order of Default was entered against Meltech Corporation on December 19, 2002.

_____
John P. Lynch (Federal Bar No. 07433)
Gina Jun (Federal Bar No. 14896)
McNamee, Hosea, Jernigan, Kim, Greenan
& Walker, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Attorneys for United States of America
f/u/b/o Chopp & Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ____ day of January, 2003, a copy of the foregoing Notice of Dismissal without Prejudice as to Maryland K.C. Incorporated, Meltech Corporation, Inc. and Melvin Price was mailed, first class, postage prepaid, to:

>Cynthia E. Rodgers-Waire, Esquire
>Whiteford, Taylor & Preston, LLP
>7 St. Paul Street, Suite 1400
>Baltimore, Maryland  21202
>
>Susan E. Mays, Esquire
>14300 Gallant Fox Lane, Suite 103
>Bowie, Maryland  20715
>
>Meltech Corporation, Inc.
>c/o Melvin Price
>2102 Springholly Drive
>Forestville, Maryland 20747
>
>Mr. Melvin Price
>2102 Springholly Drive
>Forestville, Maryland 20747

_____
Gina Jun